# Exhibit A



#107, 15585 - 24th Avenue,
Surrey, B.C.  V4A 2J4
Phone: 866-536-4823
Fax:    800-936-4765
Email:  info@norconforestry.com

---

**\*\*\* OFFER OF SETTLEMENT MADE ON A WITHOUT PREJUDICE BASIS \*\*\***

August 18, 2008

Mr. Paul Vandenberg
Nehemiah Builders
217 Old Province Road
Newbury, New Hampshire
03255

Mr. and Mrs. Brian Begley
156 Kearsarge Mountain Rd.
Wilmot, New Hampshire
03287

Dear Mr. Vandenberg and Mr. & Mrs. Begley,

Norcon is acting on behalf of counsel for Windsor Mill. In this capacity, I am enclosing a Release which sets out Windsor Mill's commitment regarding the WindsorONE trim that was allegedly supplied by Windsor Mill for the building situated on the property located at 156 Kearsarge Mountain Rd., Wilmot, New Hampshire, U.S.A. ("site").

This commitment is not an admission of liability by Windsor Mill, is made without prejudice to any of Windsor Mill's legal rights and is done solely in the interests of achieving an amicable settlement.

Subject to obtaining a Release, Windsor Mill will provide to the builder of the site, 3 pieces of 5/4"x 6"–16'; 5 pieces of 5/4"x8"-16'; 3 pieces of 1"x4"-16'; 6 pieces of 1"x8"-16', and; 8 pieces of 1"x12"-16' WindsorONE+ Protected Trim Boards.

If this is acceptable to you, please sign this offer letter and release (note that it requires the Homeowner's signatures) and return them to Norcon's office shown above.  Upon receipt of the properly signed release, offer letter and proof of ownership (a current property tax assessment will suffice), Windsor Mill will proceed with the commitment and will send you the trim boards as detailed above.

If Norcon is not in receipt of the above completed documents by September 8, 2008, Windsor Mill's commitment may, at the sole option of Windsor Mill, be withdrawn.

Yours truly,
Norcon Forestry Ltd.
per:

Norman Slavik
President

Accepted and agreed this 26TH day of August, 2008

_____
Mr. Begley

Nehemiah Builders

_____
Mrs. Begley

_____
Mr. Paul Vandenberg

WM2008-NF012c-NH (Begley) Offer.doc