# Exhibit B

# **RELEASE**

In consideration of Windsor Mill providing the following WindsoONE+ Protected Trim Boards:

1. 3 pieces of 5/4" x 6" – 16'   –   48
2. 5 pieces of 5/4" x 8" – 16'   –   80
3. 3 pieces of 1" x 4" – 16'   –   48
4. 6 pieces of 1" x 8" – 16'   –   96
5. 8 pieces of 1" x 12" – 16'   –   128
                                   _____
                                       400

and other valuable consideration to be paid by Windsor Mill, Mr. and Mrs. Begley ("Homeowners"), and Mr. Vandenberg ("Builder"), as "Releasors" herein, effective as of receipt by Builder of the trim materials stated above, hereby releases and forever discharges Windsor Mill, as "Releasee" herein, and its affiliates, agents, successors and assigns from all claims, debts, causes of action, agreements and liabilities of whatever kind or nature, which they now have, may have or ever had, whether presently known or unknown to them, including any claims arising from any purchase or installation of materials made or supplied by Windsor Mill for house construction at 156 Kearsarge Mountain Rd., Wilmot, New Hampshire, U.S.A. ("Site"). Releasors have full power and authority to release Releasee from all claims herein, and have not assigned or transferred all or any part of a claim to any other person or taken or failed to take any action that would impair their ability to issue a complete release of said claims. This release is made without proof or acknowledgement of any fault, failure, defect or negligence on the part of any party hereto.

Dated: _____8/26_____, 2008

| Homeowners | Builder |
|---|---|
| | Nehemiah Builders |
| _[signature]_ | _[signature]_ |
| Mr. Begley | Mr. Paul Vandenberg |
| _[signature]_ | |
| Mrs. Begley | |

WM2008-NF012d-NH (Begley) Release.doc