# Exhibit C



Unit #5B – 1381 George Street
White Rock, B.C.  V4B 4A1
Phone: 866-536-4823
Fax: 800-936-4765
Email: info@norcongroup.com

*** OFFER OF SETTLEMENT MADE ON A WITHOUT PREJUDICE BASIS ***

May 16, 2016

Mr. Brian Begley
Mrs. Helene T. Begley                                    E-mail: **bbegley01@earthlink.net**
156 Kearsarge Mountain Road
Wilmot Flat, NH
U.S.A.  03287

Dear Mr. and Mrs. Begley,

Norcon is acting on behalf of counsel to Windsor Mill.  In this capacity, I have been instructed to prepare the following which describes Windsor Mill's commitment regarding the WindsorONE product that was allegedly supplied for the building located at 156 Kearsarge Mountain Road, Wilmot Flat, New Hampshire, U.S.A. (the "Site").  This commitment does not admit any responsibility by Windsor Mill, but is made solely to achieve an amicable settlement without prejudice to any of Windsor Mill's legal rights.

Windsor Mill will provide to the legal owners of the building on the Site, subject to obtaining a signed Release, a Material Credit for 400 linear feet of WindsorONE+ Protected trim boards, as set out in the attached Release document.

If this is acceptable to you, please sign this Offer Letter and the attached Release Agreement and return both documents along with a proof of ownership of the building (a current property tax assessment will suffice) to Norcon's office shown above.  Upon receipt of the properly signed Offer Letter, Release Agreement and proof of ownership, Windsor Mill will proceed with the commitment and issue a Material Credit for 400 linear feet of WindsorONE+ Protected trim boards.

If Norcon is not in receipt of this executed Offer Letter and Release Agreement by May 30th, 2016, the above commitment may, at the sole option of Windsor Mill, be withdrawn.

Yours truly,
Norcon Consulting Group Ltd.
Per:

Matthew L. Jesson


Accepted and agreed this _____ day of _____, 2016.


_____          _____
            Brian Begley                                          Helene T. Begley

N:\WINDSOR MILL\NEW HAMPSHIRE\2015 CLAIMS\WM2015-NCG-027-NH (Begley -2)\WM2015-NCG027-NH (Begley-2) OFFER.docx