UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*************************************
                                   *
BRIAN BEGLEY, on behalf of         *
himself and all others similarly   *
situated,                          *
                                   *
            Plaintiff,             *
      v.                           *        Civil Case No. 1:17-cv-00317-LM
                                   *
WINDSOR SURRY COMPANY,             *
d/b/a WINDSORONE; AND              *
WINDSOR WILLITS COMPANY,           *
 d/b/a WINDSOR MILL                *
                                   *
            Defendants.            *
                                   *
*************************************
```

## SUPPLEMENTAL JOINT STATEMENT RE CASE MANAGEMENT AFTER LIFTING OF LITIGATION STAY

NOW COME the parties, by and through counsel, and respectfully submit the within Joint Statement Regarding Status of Settlement Discussions, stating as follows:

1.      Following the March 5, 2019 order of the Court, counsel for Plaintiff and Defendant met-and-conferred in good faith regarding the schedule. The parties now submit this joint statement following that discussion and pursuant to the Court's March 5 order, which indicated the litigation stay shall be lifted on April 19, 2019.

2.      The Court previously entered a detailed case management order prior to the parties agreeing to a stay. (Dkt. No. 46). The parties suggest that the Court enter another case management order with a schedule that generally tracks the previous schedule, but beginning on or around the date the stay is lifted, in order to give the parties a reasonable opportunity to prepare the case for class certification and trial. Accordingly, Plaintiff suggests the following schedule:

4825-3454-9140.1                                     1

<u>Phase 1:</u>        <u>Class Certification</u>

Plaintiff's Proposal

| SCHEDULING DESIGNATION | DEADLINE | |
|---|---|---|
| Answer | April 26, 2019 | |
| Mandatory Disclosures | May 10, 2019 | |
| Close of Discovery | November 14, 2019 | |
| Joinder of Additional Parties and Amendment of Pleadings | Plaintiff        July 12, 2019<br><br>Defendant       August 16, 2019 | |
| Third Party Actions | August 16, 2019 | |
| Expert Disclosures | Plaintiff        September 13 2019<br><br>Defendant       October 4, 2019 | |
| Rebuttal Reports and Rule 26(e) supplements | November 1, 2019 | |
| Motion for Class Certification | January 17, 2020 | |

Defendant's Proposal

| SCHEDULING DESIGNATION | DEADLINE |
|---|---|
| Defendant's Mediation Response | May 23, 2019 |
| Answer/Coutnerclaim | May 31, 2019 |
| Scheduled Mediation | June 20, 2019 |
| Mandatory Disclosures | July 8, 2019 |
| Close of Discovery | February 28, 2020 |
| Joinder of Additional Parties and Amendment | Plaintiff        July 12, 2019 |

| of Pleadings | Defendant         August 16, 2019 |
|---|---|
| Third Party Actions | October 24, 2019 |
| Expert Disclosures | Plaintiff          November 25, 2019<br><br>Defendant        December 18, 2019 |
| Rebuttal Reports and Rule 26(e) supplements | January 20, 2020 |
| Motion for Class Certification | March 4, 2020 |

**Phase 2:        Liability**

Plaintiff's Proposal

| SCHEDULING DESIGNATION | DEADLINE |
|---|---|
| Trial | January 2021 |
| Mandatory Disclosures | 30 days after court's ruling on class certification |
| Disclosure of Claims Against unnamed parties | 30 days after court's ruling on class certification |
| Disclosure of Experts and Reports | Plaintiff          June 26, 2020<br><br>Defendant        July 24, 2020 |
| Rebuttal Reports and Rule 26(e) supplementations | By close of discovery |
| Motion for Summary Judgment | July 24, 2020 |
| Close of Discovery | 60 days before trial |
| Joint Statement Re: Mediation | July 23, 2020 |
| Challenges to Expert Testimony | 45 days before trial |

Defendant's Proposal

| SCHEDULING DESIGNATION | DEADLINE |
|---|---|
| Trial | January  2021 |
| Mandatory Disclosures | 30 days after court's ruling on class certification |
| Disclosure of Claims Against unnamed parties | 30 days after court's ruling on class certification |
| Disclosure of Experts and Reports | Plaintiff          July 20, 2020<br><br>Defendant       August 12, 2020 |
| Rebuttal Reports and Rule 26(e) supplementations | By close of discovery |
| Motion for Summary Judgment | September 16, 2020 |
| Close of Discovery | 60 days before trial |
| Joint Statement Re: Mediation | August 19, 2020 |
| Challenges to Expert Testimony | 45 days before trial |

Defendants' Position

Respectfully submitted,
BRIAN BEGLEY
By his attorneys,

April 19, 2019

/s/ S. Clinton Woods
S. Clinton Woods, CA Bar # 246054
AUDET & PARTNERS, LLP
711 Van Ness Avenue Suite 500
San Francisco, CA 94102
(415) 568-2555
mmcshane@audetlaw.com
cwoods@audetlaw.com

April 19, 2019

/s/ Charles G. Douglas, III (consent given)
Charles G. Douglas, III, NH Bar #12888
DOUGLAS, LEONARD & GARVEY, P.C.

14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
chuck@nhlawoffice.com


and

WINDSOR SURRY COMPANY and
WINDSOR WILLITS COMPANY

By their attorneys,

April 19, 2019                    /s/ Jonathan Gaskin  (consent given)_____
                                  Kaufhold Gaskin LLP
                                  388 Market Street, Suite 1300
                                  San Francisco, CA 94111
                                  (415) 445-4621
                                  jshoda@kaufholdgaskin.com
                                  jgaskin@kaufholdgaskin.com
                                  qvu@kaufholdgaskin.com


April 19, 2019                    /s/ William Pallares    (consent given)_____
                                  William E. Pallares, CA Bar #187740
                                  Lewis Brisbois Bisgaard & Smith LLP
                                  633 Fifth Street, Suite 4000
                                  Los Angeles, CA 90071
                                  (213) 250-1800
                                  william.pallares@lewisbrisbois.com


April 19, 2019                    /s/ Kip J. Adams   (consent given)_____
                                  Kip J. Adams,
                                  Lewis Brisbois Bisgaard & Smith LLP
                                  One International Place, Third Floor
                                  Boston, MA 02110
                                  (857) 313-3919
                                  kip.adams@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ S. Clinton Woods
S. Clinton Woods