**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Brian Begley

  v.                                                    Civil No. 17-cv-317-LM

Windsor Surry Company et al.


**O R D E R**

On April 19, 2019, the parties filed a joint statement requesting that the court lift the stay and enter a new case management order.  The court grants the parties' request and lifts the stay.

The parties put forth competing proposed schedules for the class certification phase and the liability phase.  The following schedules shall govern this litigation going forward:


**Phase 1: Class Certification**

| Scheduling Designation | Deadline |
|---|---|
| Answer/Counterclaim | May 31, 2019 |
| Mandatory Disclosures | July 8, 2019 |
| Close of Discovery | February 28, 2020 |
| Joinder of Additional Parties and Amendment of Pleadings | Plaintiff: July 12, 2019<br>Defendants: August 16, 2019 |
| Third-Party Actions | October 24, 2019 |
| Motions to Dismiss | Already resolved as to named plaintiff |
| Expert Disclosures and Reports | Plaintiff: November 25, 2019<br>Defendants: December 18, 2019 |
| Rebuttal Reports and Rule 26(e) Supplements | January 20, 2020 |
| Motion for Class Certification | March 4, 2020 |

## **Phase 2: Liability**

| Scheduling Designation | Deadline |
|---|---|
| **Trial** | Two-week trial period beginning January 20, 2021 |
| **Mandatory Disclosures** | 30 days after court's ruling on class certification |
| **Disclosures of Claims Against Unnamed Parties** | 30 days after the court's ruling on class certification |
| **Disclosure of Experts and Reports** | Plaintiff: July 20, 2020 Defendants: August 12, 2020 |
| **Rebuttal Reports and Rule 26(e) Supplementations** | By the close of discovery |
| **Motions for Summary Judgment** | September 16, 2020 |
| **Close of Discovery** | 60 days before trial |
| **Joint Statements Re: Mediation** | August 19, 2020 |
| **Challenges to Expert Testimony** | 45 days before trial |

SO ORDERED.

_____
Landya McCafferty
United States District Judge

April 30, 2019

cc:  All counsel of record